# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**JAMES WYMER,**

    **Plaintiff,**

**VS.**                                       **Case No. 4:16cv161-MW/CAS**

**WALTER KELLY, et al.,**

    **Defendants.**

_____/

## ORDER and REPORT AND RECOMMENDATION

Plaintiff, proceeding pro se, submitted a civil rights complaint, ECF No. 1, and a motion seeking leave to proceed in forma pauperis, ECF No. 2. Good cause having been shown, the motion is granted and the Clerk of Court shall file the complaint without requiring payment of the filing fee.

Plaintiff's complaint, ECF No. 1, has been reviewed. Plaintiff names four Defendants in Section II of the complaint form, ECF No. 1 at 2, all of which Plaintiff indicates are associated with the Tallahassee Housing Authority. Plaintiff indicates he was denied housing, but he also states that he was not "even given application . . . ." *Id.* at 3. Plaintiff said he went five times, but no one would help him. *Id.* He also contends that he is

"entitle[d] to be place[d] in front of others," presumably because he is on "disabilit or receiving SSI." *Id.* Plaintiff also states that he "was denied in Orlando also and they had many excuses . . . ." *Id.* Plaintiff contends that "no one is helping [him] at all." *Id.*

Plaintiff has not presented any facts which reveal that any named Defendant violated his federal constitutional rights, nor has Plaintiff alleged any specific way in which he has suffered harm. Plaintiff generally complains that he has not been treated in a respectful manner and has been denied assistance, but failing to be "civil" or helpful is not a violation of one's civil rights.

It also appears appropriate to dismiss this case because it is likely that Plaintiff has abandoned this litigation. Plaintiff recently submitted approximately 14 cases to this Court. Most of his cases were submitted on March 14 or 15, 2016, but Plaintiff also submitted two more cases on March 23, 2016, and one additional case on March 25, 2016. The last case filed, case number 4:16cv187-MW/CAS, reveals that the "notice to pro se litigants," ECF No. 3, which is routinely sent from the Clerk's Office upon case initiation, was returned to the Court as "undeliverable." ECF No. 4. The mail has a postal stamp which states: "Return to Sender; Unable to

Forward." *Id.* If mail from this Court cannot reach Plaintiff, this case cannot continue. Accordingly, there is no reason for further review, or to provide Plaintiff with an opportunity to amend his complaint, in light of the fact that it appears Plaintiff may not receive this Order and will not continue this case. This case should be summarily dismissed.

Accordingly, it is **ORDERED** that Plaintiff's motion seeking leave to proceed in forma pauperis, ECF No. 2, is **GRANTED**.

It is respectfully **RECOMMENDED** that Plaintiff's complaint, ECF No. 1, be **DISMISSED** because it fails to state a claim upon which relief may be granted.

**IN CHAMBERS** at Tallahassee, Florida, on April 18, 2016.

   s/     Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 14 days of this Report and Recommendation. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.