IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES WYMER,

    **Plaintiff,**

v.                                         Case No. 4:16cv161-MW/CAS

WALTER KELLY, et al.,

    **Defendants.**
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 4. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's complaint, ECF No. 1, is **DISMISSED** without prejudice for failure to state a claim upon which relief may be granted." The Clerk shall close the file.

**SO ORDERED on May 17, 2016.**

                                                    **s/Mark E. Walker            **
                                                    **United States District Judge**